UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cr-00311-JPH-TAB |
| J'MON SLAUGHTER, | ) -01 |
| Defendant. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Kellie M. Barr's Report and Recommendation and all findings therein, dkt. [107]. The Court now **ORDERS** that J'Mon Slaughter's supervised release is therefore **REVOKED**, dkt. [97], and Mr. Slaughter is sentenced to the custody of the Attorney General or her designee for 1 year and 1 day imprisonment and 24 months of federal supervision to follow, with the first 89 days of supervised release to be served on home detention with GPS monitoring.

**SO ORDERED.**

Date: 5/8/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C